**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6700**

———————

ANTHONY AUGUSTUS THOMAS,

Plaintiff - Appellant,

versus

COUNTY OF DARLINGTON; GLEN CAMPBELL; ROBERT
KILGO,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  G. Ross Anderson, Jr., District
Judge.  (CA-05-741-4)

———————

Submitted:  November 2, 2005          Decided:  April 11, 2006

———————

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony Augustus Thomas, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Augustus Thomas appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2000). The magistrate judge recommended that relief be denied and advised Thomas that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Thomas failed to file specific objections to the magistrate judge's recommendation, asserting only minor, legally irrelevant factual challenges to the magistrate judge's report.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. See Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Thomas has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court. Further, we deny Thomas' motion for leave to amend his complaint, inter alia, by adding another defendant.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED